LNE 5.17.23
JIH: USAO 2023R00182


JSDC - BALTIMORE
'23 JUN 1 PM 3:46

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JRR-23-198 |
| | * | |
| TONY JOSHUA, | * | (Possession of a Firearm and |
| | * | Ammunition by a Prohibited Person, |
| Defendant. | * | 18 U.S.C. § 922(g)(1); Forfeiture, 18 |
| | * | U.S.C. § 924(d), 21 U.S.C. § 853(p), |
| | * | 28 U.S.C, § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Possession of Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about December 1, 2022, in the District of Maryland, the Defendant,

### TONY JOSHUA,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed ammunition, to wit, approximately twelve 9mm Luger

cartridges of ammunition; and the ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

2

## COUNT TWO
**(Possession of Firearms and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland charges that:

On or about January 23, 2023, in the District of Maryland, the Defendant,

**TONY JOSHUA,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit, a Walther P22 .22 caliber handgun, serial number WA259216, a silver suppressor, and various amounts and calibers of ammunition; and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under the offense charged in Count One or Count Two of this Indictment.

### Firearm and Ammunition Forfeiture

2.     Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of the offenses alleged in Count One or Count Two, the Defendant shall forfeit to the United States any firearms and ammunition involved in the offense, including, but not limited to: a Polymer80 Inc. PF940C 9mm Luger privately made firearm with magazine bearing no serial number; a Walther P22 .22 caliber handgun with magazine, serial number WA259216; a silver suppressor; and approximately 86 cartridges of 9mm ammunition, 26 cartridges of .22 caliber ammunition, and 5 shotgun shells.

### Substitute Assets

3.     Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the Defendant:

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to, or deposited with, a third person;

     c.  has been placed beyond the jurisdiction of the Court;

     d.  has been substantially diminished in value; or

e.  has been comingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

_____6/1/23_____
Date

4