**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-cr-00198-JRR |
| TONY JOSHUA,<br>    Defendant. | |

## <u>UNITED STATES OF AMERICA'S NOTICE OF APPEAL</u>

The government hereby appeals to the United States Court of Appeals for the

Fourth Circuit from the district court's March 25, 2026, pretrial order and opinion

suppressing and/or excluding evidence. *See* ECF Nos. 107, 109.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

<u>/s/David C. Bornstein</u>
Assistant United States Attorney
Chief, Appellate Division
United States Attorney's Office
36 South Charles Street, 4th Floor
Baltimore, MD 21201
Tel.: (410) 209-4800
Email: david.bornstein@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I electronically filed in this case the above notice and attached certification, thereby serving an exact copy of them on defendant Tony Joshua through his counsel of record, who is an ECF Filer.

<u>/s/David C. Bornstein</u>
Assistant United States Attorney

2